USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

  -against-

YITZCHAK VANN,

                              Defendant.

No. 18 Misc. 23 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Petitioner United States of America commenced an action to enforce an Internal Revenue Service ("IRS") summons against Defendant Yitzchak Vann through a petition filed on January 18, 2018. (ECF No. 1.) This Court granted Petitioner's request and ordered Defendant to comply with the IRS summons by order dated March 2, 2018. (ECF No. 4.) In letters dated April 2, 2018 and April 30, 2018, Petitioner proposed filing a motion for contempt against Defendant. (ECF Nos. 5 & 6.) Petitioner has taken no further action.

    Accordingly, the case is closed, and the Clerk of Court is kindly directed to terminate the case.

SO ORDERED.

Dated: January 25, 2023
White Plains, New York

                                          NELSON S. ROMÁN
                                          United States District Judge